FILED
CLERK, U.S. DISTRICT COURT
DEC 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MARTIN CRIST,<br><br>    Petitioner,<br><br>    v.<br><br>G. HALL, Warden,<br><br>    Respondent. | Case No. CV 06-4906-ODW (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 12-29-08

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE